**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JAMES MATTHEW BRADLEY, JR,** | § | |
| **#91558-380,** | § | **Civil Action** |
| | § | **SA-19-CV-0486-DAE(ESC)** |
| *Movant,* | § | |
| | § | **Criminal Case** |
| **vs.** | § | **SA-17-CR-0649-DAE-1** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| *Respondent.* | § | |

**<u>ORDER</u>**

Before the Court is Petitioner James Matthew Bradley, Jr.'s *pro se* Motion for Extension of Time to file his Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence ("Section 2255 Motion). [#265]. Petitioner previously sought leave to amend [#260] and was granted until August 7, 2019 to do so [#263]. However, on August 4, 2019, Petitioner executed the present motion, seeking an additional sixty (60) days in which to file his amended Section 2255 Motion.

Upon consideration, Petitioner's Motion for Extension of Time [#265] shall be **GRANTED**. However, Petitioner is advised that no further extensions will be granted barring extenuating circumstances.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Extension of Time to Amend his Section 2255 Motion [#265] is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's Amended Section 2255 Motion, along with any supplemental brief Petitioner wishes to file, is due on or before **October 7, 2019**.

**IT IS FURTHER ORDERED** that the Government's response to Petitioner's Amended Section 2255 Motion shall be due on or before **December 7, 2019**.  The response shall comply with the requirements of Rule 5(b)-(d) of the Rules Governing Section 2255 Cases.

**IT IS FURTHER ORDERED** that should Petitioner choose to file a reply, he must do so within twenty-one (21) days after receipt of the Government's response.

SIGNED this 15th day of August, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE